IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTON ANTWAIN JONES, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 03 - 1585 |
| ) | |
| vs. ) | District Judge Thomas M. Hardiman |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| DAVID DAY; CONNOR BLAINE; ) | |
| ERIN RESSLER; SHARON D'ELETO; ) | |
| DR. HARPER; PAUL STOWITSKY; ) | |
| and THOMAS JAMES, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM ORDER**

Plaintiff's complaint was received by the Clerk of Court on October 21, 2003 and was referred to United States Magistrate Amy Reynolds Hay for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. On April 14, 2004, this case was transferred to United States Magistrate Judge Lisa Pupo Lenihan.

The Magistrate Judge's Report and Recommendation (Doc. No. 50), filed on December 1, 2006, recommended that the Motion for Summary Judgment filed by the remaining Defendants (Doc. No. 43) be granted. Service was made on plaintiff at S.C.I. Greene. No objections were filed.

After review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 4th day of January, 2007;

**IT IS HEREBY ORDERED** that the motion for summary judgment filed by defendants Day, Blaine, D'Eleto, Stowitsky and James (Doc. No. 43) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this action as **CLOSED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 50) of Magistrate Judge Lenihan, dated December 1, 2006, is adopted as the opinion of the court.

*Thos M. Hardiman*

Thomas M. Hardiman
United States District Judge

cc:   Lisa Pupo Lenihan
U.S. Magistrate Judge

ANTON ANTWAIN JONES
CS-5584
SCI Smithfield
1120 Pike St.
PO Box 999
Huntingdon, PA 16652

Counsel of Record.